IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRIST KUYKENDALL                                          PLAINTIFF

VS.                    CASE NO. 3:04CV00220 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                  DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final decision of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 23rd day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE